**Order entered September 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00305-CV

## MARK GROBA, Appellant

## V.

## CITY OF GALENA PARK, Appellee

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01826**

## ORDER

Before the Court is appellant's September 20, 2021 second motion for extension to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 20, 2021. We caution appellant that further extension requests will be disfavored.

/s/    CRAIG SMITH
       JUSTICE